[No. 6409–3–III.   Division Three.   October 29, 1985.]

THE STATE OF WASHINGTON, *on the Relation of De'Londe N. Pleasant,* ET AL, *Appellants,* v. NATHANIEL PLEASANT, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 27021, Robert S. Day, J., entered February 24, 1984. *Affirmed* by unpublished opinion per Green, C.J., concurred in by Munson and Thompson, JJ.

[No. 6458–1–III.   Division Three.   October 29, 1985.]

*In the Matter of the Marriage of* LEONA PAULEY, *Appellant, and* NEUSLLE PAULEY, *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82–3–01512–4, Stephen M. Brown, J. Pro Tem., entered April 2, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.

[No. 6583–9–III.   Division Three.   October 29, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. VINCENT J. FLAKE, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 84–1–00125–4, Howard Hettinger, J., entered July 3, 1984. *Affirmed* by unpublished opinion per McInturff, A.C.J., concurred in by Munson and Thompson, JJ.